**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1267**

ALEXANDER DEVELOPMENT CORPORATION; MCSHEA MANAGEMENT
INCORPORATED,

Plaintiffs – Appellees,

v.

RAHEEM MUHAMMAD,

Defendant – Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(8:09-cv-00132-DKC)

Submitted:  November 5, 2009       Decided:  December 17, 2009

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Raheem Muhammad, Appellant Pro Se.  Kevin Bernard McParland,
BREGMAN BERBERT SCHWARTZ AND GILDAY, LLC, Bethesda, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raheem Muhammad seeks to appeal the district court's order remanding this case back to state court. Because the remand order was based on a lack of subject-matter jurisdiction, we conclude we lack jurisdiction over this appeal. See 28 U.S.C. § 1447(d) (2006); Things Remembered, Inc. v. Petrarca, 516 U.S. 124, 127-28 (1995); Ellenburg v. Spartan Motors Chassis, Inc., 519 F.3d 192, 196 (4th Cir. 2008); Borneman v. United States, 213 F.3d 819, 824-25 (4th Cir. 2000).

Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED